IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-189-GCM

| | |
|---|---|
| MINA SHARPE and BELINDA MCKINNON, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>v.<br><br>ALLY FINANCIAL, INC.,<br>RANDSTAD NORTH AMERICA, INC.,<br>and VACO CHARLOTTE, LLC,<br>　　　　　　　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Ryan F. Stephan,** filed May 26, 2017 [doc. # 16].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Stephan is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Mina Sharpe and Belinda McKinnon.

**IT IS SO ORDERED.**

Signed: May 30, 2017

Graham C. Mullen
United States District Judge