IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BELINDA McKINNON, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | NO. 3:17-cv-01462 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE |
| ALLY FINANCIAL, INC., VACO ) NASHVILLE, LLC and VACO ) CHARLOTTE, LLC, ) ) | FRENSLEY |
| Defendants. ) | |

## ORDER

Pending before the Court is a Joint Motion for Approval of FLSA Settlement. (Doc. No. 98). The Court reviewed the motion and the settlement agreement (Doc. No. 99), and it appears to be a fair and reasonable settlement of the wage claims presented. The "limited disclosure" provision (paragraph 9) and the sealing of the agreement, however, appear to disregard "Congress's intent both to advance employees' awareness of their FLSA rights and to ensure pervasive implementation of the FLSA in the workplace." *Nutting v. Unilever Mfg. (U.S.) Inc.*, 2014 WL 2959481, at *5 (W.D. Tenn. June 13, 2014) (quoting *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227, 1241 (M.D. Fla. 2010)). *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 337 (S.D.N.Y. 2012) ("An agreement settling an FLSA claim that is submitted for court approval is indisputably . . . a 'judicial document' subject to the presumption of access.").

The Court finds the limited disclosure provision of the settlement agreement unenforceable. The Court severs this provision, and approves the remainder of the settlement

agreement.[1] Accordingly, the parties' Joint Motion for Approval of FLSA Settlement is **GRANTED**, and Defendants' Unopposed Motion to Seal is **DENIED**. The Court directs the Clerk to unseal Doc. No. 99.

Pursuant to the parties' request, this action is **DIMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In response to the Court's previous Order regarding concerns with the limited disclosure provision of the settlement agreement (Doc. No. 100), the parties filed a joint notice agreeing that the Court should sever the confidentiality provision from the settlement agreement, approve the remainder of the agreement, and unseal Doc. No. 99. (Doc. No. 101).